# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:  Jennifer Sexton,** | : | Chapter 7 |
| | : | |
| | : | Case No. 25-10453 (PMM) |
| | : | |
| **Debtor.** | : | |

## ORDER TO SHOW CAUSE

**AND NOW** the *pro se* Debtor having failed to file all documents and schedules required by Fed. R. Bankr. P. 1007, see doc. no. 4;

**AND** the Debtor having failed to submit a timely certification of credit counseling, see 11 U.S.C. § 109(h)(1);

It is hereby **ORDERED**, that:

1) The Debtor **SHALL APPEAR** on **Wednesday, March 5, 2025 at 9:30 a.m. in Bankruptcy Courtroom No. 3, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107** and **show cause** why this case should not be dismissed; and

2) Failure to appear for the hearing and or to file the required documents may result in **dismissal** of this case without further notice or hearing.

Date:  2/19/25

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:
Jennifer Sexton
437 Hampton Road
King of Prussia, PA 19406